MANATT, PHELPS & PHILLIPS, LLP
GEOFFREY T. TONG  (Bar No. CA 140312)
YVETTE L. ESPINOZA  (Bar No. CA 221065)
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:   (310) 312-4000
Facsimile:    (310) 312-4224

Attorneys for Defendant
THE MEGA LIFE AND HEALTH INSURANCE COMPANY

UNITED STATES DISTRICT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARY DENISE SUTHERLAND,<br><br>Plaintiff,<br><br>vs.<br><br>THE MEGA LIFE AND HEALTH INSURANCE COMPANY, UGA-ASSOCIATION FIELD SERVICES, WENDY WILSON; and DOES 1 through 10,<br><br>Defendants. | Case No.  CIV. S-04-1060 DFL JFM<br><br>Judge David F. Levi<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)(1)]<br><br>Courtroom 7 |

TO THE HONORABLE DAVID F. LEVI, UNITED STATES DISTRICT JUDGE:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own attorneys' fees and costs.

| | | |
|---|---|---|
| Dated: April 18, 2005 | | MANATT, PHELPS & PHILLIPS, LLP<br>GEOFFREY T. TONG<br>YVETTE L. ESPINOZA |
| | By: | s/ Yvette L. Espinoza<br>Yvette L. Espinoza<br>*Attorneys for Defendant*<br>THE MEGA LIFE AND HEALTH INSURANCE COMPANY |
| Dated: April 21, 2005 | | RANDY E. THOMAS |
| | By: | s/ Randy E. Thomas<br>Randy E. Thomas<br>*Attorney for Plaintiff*<br>Mary Denise Sutherland |

## **ORDER**

Based upon the parties' Stipulation,

IT IS HEREBY ORDERED THAT:

This action is dismissed with prejudice, in its entirety, with each party to bear its own attorneys' fees and costs.

Dated: 22 April 2005                  /s/ David F. Levi
                                      DAVID F. LEVI
                                      United States District Judge